FARMERS' LOAN AND TRUST COMPANY, appellant,

*v.*

ERSKINE HEWITT et al., respondents.

[Decided November 20th, 1922.]

*Mr. Merritt Lane,* for the appellant.

*Messrs. McCarter & English,* for the respondents.

On appeal from an order of the court of chancery advised by Vice-Chancellor Backer, whose opinion is reported in *94 N. J. Eq. 65.*

PER CURIAM.

The order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes.

*For affirmance* — THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, BERGEN, MINTURN, KALISCH, BLACK, KATZENBACH, WILLIAMS, ACKERSON—10.

*For reversal*—PARKER, WHITE, VAN BUSKIRK—3.